*Form O-100*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-32652 |
| FREDERICK TEZANO | § | (Chapter 7) |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY [AND CO-DEBTOR STAY, IF APPLICABLE] AFTER HEARING
[FORM SUBMITTED WITH ORIGINAL MOTION AND BROUGHT TO HEARING]
(This Order Resolves Docket #_____)**

Transport Funding, L.L.C. ("Movant") filed a motion for relief from the automatic stay against a 2014 Freightliner tractor truck bearing VIN 1FUJGLD53ELFH6962 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

_____  Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

_____  The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

_____  The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief.

_____  After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____  No timely response was filed. Accordingly, the motion is granted by default.

_____  As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the co-debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

_____  Movant is awarded attorneys fees in the amount of $_____.

_____  The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

ReservedForJudgeSignature